In the Matter of MARION C.W. LISA K. et al., Appellants; JPMORGAN CHASE BANK, N.A., Respondent.

Submitted October 17, 2016; decided January 10, 2017

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division order as resolved the appeals from those parts of the orders of Supreme Court as denied motions for reargument or renewal, dismissed upon the ground that those portions of the order do not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.